UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
TAMPA DIVISION

KENNETH BRYAN LAVARRE,

    Petitioner,

-vs-                                          Case No.  8:13-CV-1994-T-30TBM

STATE OF FLORIDA,

    Respondent.
_____/

**ORDER**

    This matter is before the Court on Petitioner's Petition for Writ of Habeas Corpus filed pursuant to 28 U.S.C. § 2254 (hereinafter "petition" ) (Dkt. 1).  In his petition, Petitioner challenges a conviction entered by the Thirteen Judicial Circuit Court, Hillsborough County, Florida, in case number 2013-cf-017867.

    The Court takes judicial notice of information available on the database maintained by the Clerk of Court, Thirteenth Judicial Circuit, Hillsborough County, Florida, http://www.hillsclerk.com, viewed on August 4, 2013, which indicates that Petitioner was convicted on June 26, 2013, and appears to indicate that he was sentenced on August 2, 2013.  See Fed. R. Evid. 201. It is therefore apparent from the petition and the state trial court information, that Petitioner's state court judgment has not become final because the time for filing a direct appeal has not expired.  Consequently, his habeas petition, which challenges the judgment of conviction, is not ripe for review at this time.  See *Maharaj v. Sec'y Dep't*

*of Corr.*, 304 F.3d 1345 (11th Cir. 2002 (federal habeas petition was not ripe for review when state judgment was not yet final). *See also United States v. Diaz-Martinez*, 71 F.3d 946, 953 (1st Cir. 1995) (absent "extraordinary circumstances," district court should decline to hear habeas claims while direct appeal is pending); *United States v. Robinson*, 8 F.3d 398, 405 (7th Cir. 1993) (same); *United States v. Cook*, 997 F.2d 1312, 1319 (10th Cir. 1992) (same). Thus, Petitioner's petition will be dismissed without prejudice to Petitioner to refile his habeas petition when the state court judgment becomes final.

ACCORDINGLY, the Court **ORDERS** that:

1. The Petition for Writ of Habeas Corpus is **DISMISSED** without prejudice (Dkt. 1).

2. The **Clerk** shall terminate all pending motions and close this case.

**DONE** and **ORDERED** in Tampa, Florida on August 5, 2013.

JAMES S. MOODY, JR.
UNITED STATES DISTRICT JUDGE

SA:sfc
Copy furnished:
Petitioner *pro se*